PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions of Supervision

Name of Offender: Nancy Loria                                              Cr.: 2:7cr738-01
                                                                   PACTS Number: 49654

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 01/07/08

Original Offense: Embezzlement from Social Security Administration, 18 U.S.C. §§ 641 & 2

Original Sentence: Three (3) years probation, full financial disclosure, no new debt and cooperate in the collection of DNA

Type of Supervision: Probation                          Date Supervision Commenced: 01/07/08

## PETITIONING THE COURT

[  ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The removal of the mandatory drug testing
       provision:

     The defendant shall submit to one drug test within 15 days of commencement of probation and at least two tests thereafter, as determined by the probation officer.

## CAUSE

     Nancy Loria is seventy-two (72) years old and suffers from the beginning stages of Alzheimer's disease. Since her sentencing, her condition has worsened and she has been forced to retire from her employment and take residence with her granddaughter. She has complied with all other conditions of probation, including making monthly payments to the Social Security Administration for restitution purposes. She is eligible for transfer to Low-Intensity Caseload, but must submit to two (2) additional drug tests. She has no history of substance abuse, as confirmed in the presentence report and by her family. Rather than subject an elderly woman with Alzheimer's to urine monitoring, it is requested the mandatory drug testing provision be waived by the Court.

                                                      Respectfully submitted,

                                                      By: Patrick Hattersley
                                                          U.S. Probation Officer
                                                      Date:  01/23/09

PROB 12B - Page 2
Nancy Loria

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

1-27-09

Date